**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

RAYSHELL S. JOHNSON,

Plaintiff,

-v- 5:26-CV-1474 (AJB/ML)

INTERNAL AFFAIRS,

Defendant.

---

**APPEARANCES:** **OF COUNSEL:**

RAYSHELL S. JOHNSON
Plaintiff, Pro Se
3720 S. Salina St., Apt #1
Syracuse, NY 13205

**Hon. Anthony Brindisi, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On July 31, 2026, *pro se* plaintiff Rayshell S. Johnson ("plaintiff") filed this 42 U.S.C. § 1983 action against defendant "internal affairs," which she describes as an "investigation department." Dkt. No. 1. Along with her complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On September 23, 2026, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application but, after an initial review of her pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without leave to amend as frivolous or, in the alternative, for failure to state any plausible claims for relief. Dkt. No. 4. As Judge Lovric explained, plaintiff's complaint includes "a single indecipherable cause of action" that, at best, makes a vague reference to events that occurred in the City of Syracuse. *See id.* But even so construed,

plaintiff's complaint would be subject to dismissal because private plaintiffs lack standing to compel a municipal agency (such as an internal affairs department) to investigate or prosecute. *Id*.

Plaintiff has not lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 4. Upon review for clear error, the R&R is accepted and will be adopted. *See* Fed. R. Civ. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 4) is ACCEPTED; and

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: October 21, 2026
Utica, New York.

Anthony J. Brindisi
U.S. District Judge